UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SABRINA GEHRS,

      Plaintiff,

v.     Case No: 2:14-cv-44-FtM-38CM

POBRA ENTERPRISES, LLC,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Defendant, Pobra Enterprises' Stipulation for Substitution of Counsel Construed as a Motion (Doc. #20) filed on August 18, 2014. Defendant states that it is substituting the Mavrick Law Firm in place of the law firm of Weldon & Rothman, PL. The substitution of counsel is stipulated to, therefore; the Court finds good cause to grant the substitution of counsel.

Accordingly, it is now

**ORDERED:**

The Defendant Pobra Enterprises' Stipulation for Substitution of Counsel Construed as a Motion (Doc. #20) is **GRANTED**. The Mavrick Law Firm is hereby substituted as counsel of record for the Defendant Pobra Enterprises, LLC.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1) All future correspondence, motions, filings, and matters of concern in this case should be directed to Peter T. Mavrick, Mavrick Law Firm, 1620 West Oakland Park Blvd., Suite 300, Fort Lauderdale, Florida 33311.

(2) The law firm of Weldon & Rothman, PL and all attorneys associated with the firm are relieved of any further responsibilities in this case.

(3) The Clerk of the Court is directed to terminate the law firm of Weldon & Rothman from the Court's electronic notification system in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record